**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00032-MR-WCM**

| | |
|---|---|
| **UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA,** *ex rel.* **GINGER L. HILL,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **HEALTHKEEPERZ, INC.,** | ) ) |
| **Defendant.** | ) ) ) |

**O R D E R**

      **THIS MATTER** is before the Court on the Government's Notice of Election to Intervene in Part to Effectuate Settlement Agreement and Request to Unseal Certain Documents [Doc. 30].

      The United States of America ("Government") has elected to intervene in part in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and the North Carolina False Claims Act, N.C. Gen. Stat. § 1-605, *et seq.,* for the purposes of settlement.  [Doc. 30].  The Government further moves to unseal the Complaint filed in this action.  [Id.].

      Upon review of the Government's Notice, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

1.    The Government's Motion to Unseal Complaint [Doc. 30] is **GRANTED**, and both the Relator's Complaint [Doc. 2] and the Government's Notice of Election to Intervene [Doc. 30] are hereby **UNSEALED**;

2.    This Order shall be filed on the public docket and not sealed;

3.    All other pleadings that were previously filed in this action shall remain under seal;

4.    The seal of this case is hereby **LIFTED** as to all other pleadings filed and matter occurring after the date of this Order; and

5.    The parties shall file a stipulation of dismissal of this case within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: May 20, 2022

Martin Reidinger
Chief United States District Judge