# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00032-MR-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA,** *ex rel.* **Ginger L. Hill,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) **O R D E R** ) |
| **HEALTHKEEPERZ, INC.,** | ) ) ) |
| **Defendants.** | ) ) |

**THIS MATTER** is before the Court on the Governments' and Relator's Stipulation of Dismissal of Claims against Defendant [Doc. 33].

The United States and State of North Carolina (together "the Governments") and Relator Ginger L. Hill, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the North Carolina False Claims Act, N.C. Gen. Stat. § 1-605 *et. seq.,* and Rule 41(a) of the Federal Rules of Civil Procedure have filed a Stipulation of Dismissal of Claims against Defendant Healthkeeperz. [Doc. 33].

Upon review of the Stipulation and the papers on file in this action, **IT IS, THEREFORE, ORDERED** that, consistent with the terms and conditions

of the Settlement Agreement [Doc. 30-1] executed by the Governments, Relator, and Healthkeeperz, Inc.:

1. All claims and causes of action set forth in the *qui tam* Complaint are **DISMISSED WITH PREJUDICE** as to Relator;

2. All claims and causes of action set forth in the *qui tam* Complaint and brought on behalf of the Governments against defendant Healthkeeperz for the Covered Conduct, as that term is specifically defined in Paragraph D of the May 17, 2022 Settlement Agreement between the Governments, Relator, and Healthkeeperz, are **DISMISSED WITH PREJUDICE** as to the Governments; and

3. All other claims against Healthkeeperz are **DISMISSED WITHOUT PREJUDICE** as to the Governments.

The Clerk of Court is respectfully directed to close this civil case and to provide an executed copy of this Order to the following counsel:

> Caroline B. McLean
> Assistant United States Attorney
> United States Attorney's Office - WDNC
> 100 Otis Street
> Asheville, NC 28801
> Caroline.McLean@usdoj.gov

Clifford C. Marshall
Marshall Roth & Gregory, P.C.
90 Southside Ave., Ste. 100
Asheville, NC 28802
CMarshall@mrglawfirm.com

Steven K. McCallister
North Carolina Department of Justice
Medicaid Investigations Division
5505 Creedmoor Rd., Suite 300
Raleigh, NC 27612
Smccallister@ncdoj.gov

Terri Harris
Fox Rothschild LLP
230 N. Elm St.
Suite 1200
Greensboro, NC 27401
TJHarris@foxrothschild.com

**IT IS SO ORDERED.**

Signed: June 6, 2022

Martin Reidinger
Chief United States District Judge